# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

JOSHUA NEAL                                                                                    PLAINTIFF
ADC #162979

V.                             No. 2:21-CV-00095-JM-JTR

DEXTER PAYNE, Director
ADC, *et al.*                                                                                  DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Plaintiff may proceed with his excessive force claim against Golden and his failure to intervene claims against Arnold, Wright, Scott and the Doe Defendants The unspecified claims against Payne, Budnik, Knight, and Godfrey are DISMISSED, WITHOUT PREJUDICE. The Clerk is directed to terminate Payne, Budnik, Knight, and Godfrey as parties to this action.

IT IS SO ORDERED this 14th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE