**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

JOSHUA NEAL                                                      PLAINTIFF
ADC #162979

V.                            No. 2:21-CV-00095-JM-JTR

DEXTER PAYNE, Director
ADC, *et al.*                                                  DEFENDANTS

## **ORDER**

The Clerk is directed to prepare a summons for Warden Darryl Golden, Chief

of Security Percy Arnold, former Lieutenant Erica Wright, and former Sergeant

Debra Scott. The United States Marshal is directed to serve the summons, Neal's

Complaint (*Doc. 2)*, the Court's Partial Recommended Disposition (*Doc. 8)*, the

Order approving and adopting the Partial Recommended Disposition (*Doc. 11)*, and

this Order, on them through the ADC Compliance Division, without prepayment of

fees and costs or security therefor.[1]

However, the Court cannot order service on the "Doe" Defendants (identified

by Plaintiff as unidentified "Delta Regional Unit Corporal Officers") until Plaintiff

provides their names and service addresses. *See Lee v. Armontrout,* 991 F.2d 487,

---

[1]If any Defendant is no longer an Arkansas Division of Correction employee, the individual responding to service must file a **sealed** statement with the Clerk of the Court providing the unserved Defendant's last known private mailing address.

489 (8th Cir. 1993) (explaining that it is the prisoner's responsibility to provide a proper service address for each defendant). After the named Defendants file an Answer, the Court will enter a Scheduling Order that sets a deadline for Plaintiff to file a Motion for Service containing the identities and service addresses of the Doe Defendants.

IT IS SO ORDERED this 11th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE