# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

JOSHUA NEAL                                                        PLAINTIFF

V.                                  NO. 2:21-CV-95-JM-JTR

DEXTER PAYNE, *et al.*                                             DEFENDANTS

## <u>ORDER</u>

The Court has received a Partial Recommended Disposition from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendants' Motion for Partial Summary Judgment *(Doc. 35)* is GRANTED based on Plaintiff's failure to exhaust his failure-to-protect claims against Arnold and Scott. Defendants Arnold and Scott are terminated as parties to this action.

IT IS SO ORDERED this 28th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE