UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOSHUA NEAL**                                                             **PLAINTIFF**

V.                           No. 2:21-CV-00095-JM

**DEXTER PAYNE,**
**Director, ADC,** *et al.*                                           **DEFENDANTS**

## ORDER

Neal has not complied with the February 5, 2024 Order directing him to file a notice of his intent to prosecute this case. *Doc. 51*. The time to do so has expired. Certified mail sent to Neal at his free-world address of record has been unclaimed. *Id.*

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 12th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE