UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOSHUA NEAL**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

V.　　　　　　　　　　　　　　No. 2:21-CV-00095-JM

**DEXTER PAYNE,**
**Director, ADC,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 12th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE